IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    vs.<br><br>FELIPE LICEA-SALAZAR,<br><br>           Defendant. | 8:21CR15<br><br>ORDER |

**THIS MATTER** is before the court on the motion of Bassel El-Kasaby to withdraw as counsel for the defendant, Felipe Licea-Salazar (Filing No. 18).  James K. McGough has filed an entry of appearance as retained counsel for Felipe Licea-Salazar.  Therefore, Bassel El-Kasaby's motion to withdraw (Filing No. 18) will be granted.

Bassel El-Kasaby shall forthwith provide James K. McGough any discovery materials provided to the defendant by the government and any such other materials obtained by Bassel El-Kasaby which are material to Felipe Licea-Salazar's defense.

The clerk shall provide a copy of this order to James K. McGough.

**IT IS SO ORDERED.**

Dated this 26th day of April, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge